IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>DEPUTY BARRETT GIBBONS, in his individual and official capacities; DEPUTY LAWRENCE STUMP, in his individual and official capacities; SHERIFF DAN OSMOND, in his individual and official capacities; COUNTY OF CUSTER, a Nebraska political subdivision, d/b/a CUSTER COUNTY SHERIFF'S OFFICE; TRP. SAM MORTENSON, in his individual and official capacities; LT. TIM ARNOLD, in his individual and official capacities; TRP. TREVINO, in his individual and official capacities; TRP. LEVI COCKLE, in his individual and official capacities; TRP. BRANDON WILKE, in his individual and official capacities; CPT. TYLER SCHMIDT, in his individual and official capacities; and JOHN/JANE DOE, a training supervisor of the Nebraska State Patrol, in his/her individual and official capacities,<br><br>      Defendants. | Case No. 4:22-cv-3025<br><br><br>**PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT** |

  Bryan S. Mick, Personal Representative of the Estate of Print Zutavern, Deceased, pursuant to pursuant to FED. R. CIV. P. 59(e) and/or FED. R. CIV. P. 60, respectfully moves this Court to alter or amend the judgment of August 23, 2022 as to Defendants SCHMIDT, COCKLE, ARNOLD, TREVINO and MORTENSON[1], to allow reconsideration of those Defendants' motion to dismiss

---

[1] This Motion is not made as to Defendant WORKMAN.

without leave to amend.[2] A Brief and Evidence Index are submitted contemporaneously with this Motion.

        BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased, Plaintiff,

By: /s/ *Maren Lynn Chaloupka*
Maren Lynn Chaloupka – NSBA # 20864
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, Nebraska 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 19th day of September 2022, to the following:

Jeffery R. Kirkpatrick
Governmental Law, LLC
8040 Eiger Drive
Suite B
Lincoln, NE 68516
jeff@nrmainc.info

Ryan M. Kunhart
Claire E. Monroe
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
rkunhart@ddlawgroup.com
cmonroe@ddlawgroup.com

Robert S. Keith
L. Paige Hall
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
Omaha, NE 68102
rkeith@ekoklaw.com
phall@ekoklaw.com

        /s/ *Maren Lynn Chaloupka*

---

[2] ***Mir v. Fosburg***, 646 F.2d 342, 344 (9th Cir. 1980).