IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased,<br><br>                   Plaintiff,<br><br>vs.<br><br>DEPUTY BARRETT GIBBONS, in his individual and official capacities; DEPUTY LAWRENCE STUMP, in his individual and official capacities; SHERIFF DAN OSMOND, in his individual and official capacities; COUNTY OF CUSTER, a Nebraska political subdivision, d/b/a CUSTER COUNTY SHERIFF'S OFFICE; TRP. BRANDON WILKIE, in his individual capacity; and JOHN/JANE DOE, a training supervisor of the Nebraska State Patrol, in his/her individual and official capacities,<br><br>                   Defendants. | Case No. 4:22-cv-3025<br><br><br>**NOTICE OF DEPOSITION** |

Please take notice that the Plaintiff will take the deposition of Travis Heck, commencing at 9:00 a.m. (CDT), on Monday, October 30, 2023, at the law offices of Quinn Johnston, located at 400 S. 9th Street, Suite 102, Springfield, Illinois. Said deposition will be taken before a notary public and certified court reporter who is not otherwise interested in this case and said deposition may be adjourned from time to time until completed.

BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased, Plaintiff,

By: /s/ *Maren Lynn Chaloupka*
Maren Lynn Chaloupka – NSBA # 20864
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, Nebraska 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net

-AND-

Colby C. Vokey – TX State Bar # 24043391
Law Firm of Colby C. Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248-1450
vokeylaw@colbyvokey.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument has been sent via CM/ECF on this 22nd day of August 2023, to the following:

Ryan M. Kunhart
Claire E. Monroe
Alison C. Clark
Dvorak Law Group, LLC
9500 W. Dodge Road, Suite 100
Omaha, NE 68114
rkunhart@ddlawgroup.com
cmonroe@ddlawgroup.com
aclark@ddlawgroup.com

Jeffery R. Kirkpatrick
Governmental Law, LLC
8040 Eiger Drive
Suite B
Lincoln, NE 68516
jeff@nrmainc.info

/s/ *Maren Lynn Chaloupka*