IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased, <br><br>  Plaintiff, <br><br> vs. <br><br> DEPUTY BARRETT GIBBONS, in his individual and official capacities; DEPUTY LAWRENCE STUMP, in his individual and official capacities; SHERIFF DAN OSMOND, in his individual and official capacities; COUNTY OF CUSTER, a Nebraska political subdivision; TRP. BRANDON WILKE, in his individual capacity; and JOHN/JANE DOE, a training supervisor of the Nebraska State Patrol, in his/her individual and official capacities, <br><br>  Defendants. | CASE NO. 4:22cv3025 <br><br><br> **CERTIFICATE OF SERVICE OF CUSTER COUNTY DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES (SET III)** |

COME NOW the Custer County Defendants, Sheriff Dan Osmond, in his individual and official capacities, Deputy Barrett Gibbons, in his individual and official capacities, Deputy Lawrence Stump, in his individual and official capacities, and the County of Custer, a Nebraska political subdivision, by and through their counsel, and certify that on the 29th day of December, 2023, they served their Answers to Plaintiff's Interrogatories (Set III) upon the parties to this action through their counsel via email, as follows:

1

| | |
|---|---|
| Maren Lynn Chaloupka<br>Chaloupka Law, LLC<br>mlc@chaloupkalaw.net<br>Colby C. Vokey<br>Law Firm of Colby C. Vokey PC<br>vokeylaw@colbyvokey.com<br>*Counsel for Plaintiff* | Ryan M. Kunhart, Claire E. Monroe,<br>& Alison C. Clark<br>Dvorak Law Group, LLC<br>rkunhart@ddlawgroup.com<br>cmonroe@ddlawgroup.com<br>aclark@ddlawgroup.com<br>*Counsel for Defendant Trp. Brandon Wilkie* |

SHERIFF DAN OSMOND, in his individual and official capacities, DEPUTY BARRETT GIBBONS, in his individual and official capacities, DEPUTY LAWRENCE STUMP, in his individual and official capacities, and the COUNTY OF CUSTER, NEBRASKA, Defendants,

BY:   *s/Jeffery R. Kirkpatrick*
        Jeffery R. Kirkpatrick, #21280
        Governmental Law, LLC
        8040 Eiger Drive
        Suite B
        Lincoln, NE 68516
        (402) 742-9245
        jeff@nrmainc.info
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all registered participants, as follows:

| | |
|---|---|
| Maren Lynn Chaloupka<br>Chaloupka Law, LLC<br>mlc@chaloupkalaw.net<br>Colby C. Vokey<br>Law Firm of Colby C. Vokey PC<br>vokeylaw@colbyvokey.com<br>*Counsel for Plaintiff* | Ryan M. Kunhart, Claire E. Monroe,<br>& Alison C. Clark<br>Dvorak Law Group, LLC<br>rkunhart@ddlawgroup.com<br>cmonroe@ddlawgroup.com<br>aclark@ddlawgroup.com<br>*Counsel for Defendant Trp. Brandon Wilkie* |

BY:   *s/ Jeffery R. Kirkpatrick*
        Jeffery R. Kirkpatrick, #21280