IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased,<br><br>**Plaintiff,**<br><br>v.<br><br>DEPUTY BARRETT GIBBONS, in his individual and official capacities; DEPUTY LAWRENCE STUMP, in his individual and official capacities; SHERIFF DAN OSMOND, in his individual and official capacities; COUNTY OF CUSTER, a Nebraska political subdivision, d/b/a CUSTER COUNTY SHERIFF'S OFFICE; TRP. BRANDON WILKIE, in his individual capacity; and JOHN/JANE DOE, a training supervisor of the Nebraska State Patrol, in his/her individual and official capacities,<br><br>**Defendants.** | Case No. 4:22-cv-3025<br><br><br><br>**CERTIFICATE OF SERVICE** |

COMES NOW, the Nebraska State Patrol, a third-party recipient of a subpoena to attend a Fed. R. Civ. P. 30(b)(6) deposition, and pursuant to NECivR 45.1 gives notice of serving the following:

1. A written objection to Plaintiff's "Subpoena to Testify at a Deposition in a Civil Action" served on the Nebraska State Patrol on January 23, 2024.

2. The written objection was served on January 26, 2024, by U.S. Mail, First Class, and email to the following:

| | |
|---|---|
| Maren Lynn Chaloupka<br>Chaloupka Law LLC<br>1906 Broadway<br>P.O. Box 1724<br>Scottsbluff, NE 69393-1724<br>mlc@chaloupkalaw.net | Colby C. Vokey<br>Law Firm of Colby C. Vokey PC<br>6924 Spanky Branch Court<br>Dallas, TX 75248-1450<br>vokeylaw@colbyvokey.com |

DATED this 26th day of January 2024.

                                      **NEBRASKA STATE PATROL,**
                                      **A Third-Party,**

                     By:    MICHAEL T. HILGERS, #24483
                               *Nebraska Attorney General*

                     By:    *s/ Erik W. Fern*
                               Erik W. Fern, #23733
                               *Assistant Attorney General*

                               OFFICE OF THE ATTORNEY GENERAL
                               2115 State Capitol
                               Lincoln, Nebraska 68509
                               Phone: (402) 471-1830
                               Fax: (402) 471-4725
                               erik.fern@nebraska.gov
                               *Attorneys for Nebraska State Patrol.*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 26, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system as follows:

Maren Lynn Chaloupka
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69393-1724
mlc@chaloupkalaw.net

Colby C. Vokey
Law Firm of Colby C. Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248-1450
vokeylaw@colbyvokey.com

Robert S. Keith
Engles Ketcham Olson Keith, P.C.
1700 Farnam Street
1350 Woodmen Tower
Omaha, NE 68102
rkeith@ekoklaw.com

Jeffery R. Kirkpatrick, #21280
Governmental Law, LLC
8040 Eiger Drive, Suite B
Lincoln, NE 68516
jeff@nrmainc.info

Ryan M. Kunhart
Alison C. Clark
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
rkunhart@ddlawgroup.com
aclark@ddlawgroup.com

        By: *s/ Erik W. Fern*
           Erik W. Fern, #23733
           *Assistant Attorney General*