IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY BARRETT GIBBONS, in his individual and official capacities; DEPUTY LAWRENCE STUMP, in his individual and official capacities; SHERIFF DAN OSMOND, in his individual and official capacities; COUNTY OF CUSTER, a Nebraska political subdivision, d/b/a CUSTER COUNTY SHERIFF'S OFFICE; TRP. BRANDON WILKIE, in his individual capacity; and JOHN/JANE DOE, a training supervisor of the Nebraska State Patrol, in his/her individual and official capacities,<br><br>Defendants. | Case No. 4:22-cv-3025<br><br><br><br><br><br>MOTION TO QUASH SUBPOENA BY NEBRASKA STATE PATROL |

COMES NOW, the Nebraska State Patrol, a state agency and third-party recipient of a subpoena, pursuant to Fed. R. Civ. P. 45 and NECivR 45.1, and in support of its Motion to Quash Subpoena states the following:

1. On January 23, 2024, Plaintiff served a subpoena compelling the Nebraska State Patrol ("NSP") to participate in Fed. R. Civ. P. 30(b)(6) depositions on February 1, 2024.

2. NSP objects to the subpoena based on its sovereign immunity and

Eleventh Amendment immunity. In compliance with NECivR 45.1, NSP served a written objection to Plaintiff's subpoena.

3. By email dated January 30, 2024, Plaintiff's counsel confirmed that the deposition set for February 1, 2024 is postponed pending the Court's disposition of this Motion.

4. NSP previously served a written objection to a "Notice of 30(b)(6) Videoconferencing Deposition" (Filing No. 110). On January 19, 2024, a discovery dispute telephone conference was held before the Magistrate Judge as required by the Initial Progression Order (Filing No. 84). During telephone conference, the Magistrate Judge directed Plaintiff to serve a Fed. R. Civ. P. 45 subpoena if Plaintiff intended to compel NSP to attend a Rule 30(b)(6) deposition and waived any further obligation of the parties to confer prior to filing a motion to challenge the subpoena.

5. The Court should quash Plaintiff's subpoena and relieve NSP and its officers, employees, or agents from any obligation to participate in a Fed. R. Civ. P. 30(b)(6) depositions.

6. A brief and index of evidence compliant with NECivR 7.1 are filed contemporaneous to this Motion.

WHEREFORE, the Nebraska State Patrol respectfully requests the Court grants its Motion to Quash Subpoena and relieves it from any obligation therefrom and all such other relief as the Court deems just and equitable.

DATED this 30th day of January 2024.

        **NEBRASKA STATE PATROL,**
        **A Third-Party,**

  By:  MICHAEL T. HILGERS, #24483
      *Nebraska Attorney General*

  By:  *s/ Erik W. Fern*
      Erik W. Fern, #23733
      *Assistant Attorney General*

      OFFICE OF THE ATTORNEY GENERAL
      2115 State Capitol
      Lincoln, Nebraska 68509
      Phone: (402) 471-1830
      Fax: (402) 471-4725
      erik.fern@nebraska.gov
      *Attorneys for Nebraska State Patrol.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system as follows:

Maren Lynn Chaloupka
Chaloupka Law LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69393-1724
mlc@chaloupkalaw.net

Colby C. Vokey
Law Firm of Colby C. Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248-1450
vokeylaw@colbyvokey.com

Robert S. Keith
Engles Ketcham Olson Keith, P.C.
1700 Farnam Street
1350 Woodmen Tower
Omaha, NE 68102
rkeith@ekoklaw.com

Jeffery R. Kirkpatrick, #21280
Governmental Law, LLC
8040 Eiger Drive, Suite B
Lincoln, NE 68516
jeff@nrmainc.info

Ryan M. Kunhart
Alison C. Clark
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE 68114
rkunhart@ddlawgroup.com
aclark@ddlawgroup.com

By: *s/ Erik W. Fern*
Erik W. Fern, #23733
*Assistant Attorney General*