IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. MICK, Personal Representative of the Estate of PRINT ZUTAVERN, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY BARRETT GIBBONS, in his individual and official capacities, DEPUTY LAWRENCE STUMP, in his individual and official capacities, SHERIFF DAN OSMOND, in his individual and official capacities, COUNTY OF CUSTER, a Nebraska political subdivision, TRP. BRANDON WILKE, in his individual capacity, and JOHN/JANE DOE, training supervisor of the Nebraska State Patrol, in his/her individual and official capacities,<br><br>    Defendants. | CASE NO. 4:22-CV-3025<br><br>**NOTICE OF FIRM CHANGE AND CHANGE OF ADDRESS** |

**COMES NOW** Attorney, Robert S. Keith, and notifies the Court and the parties that, as of March 15, 2024, he has joined Rembolt Ludtke at 3 Landmark Centre, 1128 Lincoln Mall, #300, Lincoln, Nebraska 68508, telephone (402) 475-5100, and e-mail address rkeith@remboltlawfirm.com. All future pleadings, discovery and communications should be sent to the new physical and/or e-mail addresses.

CPT. TYLER SCHMIDT, in his individual and official capacities, Defendant,

By:\_\_\_s/ Robert S. Keith_____
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
(402) 348-0900  Fax (402) 348-0904
Robert S. Keith, #21023
rkeith@ekoklaw.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maren Lynn Chaloupka, #20864
Chaloupka Law, LLC
1906 Broadway
P.O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091  Fax (308) 270-5104
mlc@chaloupkalaw.net
**Attorney for Plaintiff**

Colby C. Vokey
Law Firm of Colby C. Vokey, PC
6924 Spanky Branch Court
Dallas, TX 75248-1450
vokeylaw@colbyvokey.com
**Attorney for Plaintiff**

Jeffery R. Kirkpatrick, #21280
Governmental Law, LLC
8040 Eiger Dr., Suite B
Lincoln, NE 68516
(402) 742-9245  Fax (402) 742-9230
jeff@nrmainc.info
**Attorney for Gibbons, Stump, Osmond & County of Custer**

Ryan M. Kunhart, #24692
Claire E. Monroe, #26835
Alison C. Clark, #27557
Dvorak Law Group, LLC
9500 W. Dodge Rd., Suite 100
Omaha, NE 68114
(402) 934-4770  Fax (402) 933-9630
rkunhart@ddlawgroup.com
cmonroe@ddlawgroup.com
aclark@ddlawgroup.com
**Attorneys for Wilke**

2

Erik W. Fern, #23733
State of Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
(402) 471-1830  Fax (402) 471-4725
Erik.fern@nebraska.gov
**Attorney for NSP**

Tyler R. Rademacher, #27915
Baylor Evnen, LLP
Union Bank Plaza
1248 "O" Street, Suite 900
Lincoln, NE 68508-1499
(402) 475-1075  Fax (402) 475-9515
trademacher@baylorevnen.com
**Attorney for Cockle, Arnold, Workman, Trevino & Mortenson**

                                                            s/ Robert S. Keith_____