U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:  **Case Number**:
Mick v. Gibbons et al  4:22cv3025-JMG-JMD

**Appellant**:
Nebraska State Patrol

**Attorney(s)**:
Erik W. Fern
NEBRASKA ATTORNEY GENERAL'S OFFICE
2115 State Capitol
Lincoln, NE 68509

**Appellee:**
Bryan S. Mick

**Attorney(s)**:
Colby C. Vokey , I
COLBY VOKEY LAW FIRM
6924 Spanky Branch CT
Dallas, TX 75248

Maren L. Chaloupka
CHALOUPKA LAW FIRM
P.O. Box 1724
Scottsbluff, NE 69363

**Court Reporter(s)**:
NA

**Please return files and documents to**:
Lincoln

**Person to contact about the appeal**:
Deputy Clerk

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| NA | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  NA

**Where?** | NA |

**Please list all other defendants in this case if there were multiple defendants**


**Special Comments**:
Interlocutory appeal regarding order on motion to quash subpoena.

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14