# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 22, 2024

Erik William Fern
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

RE:  24-1610  Bryan Mick v. Barrett Gibbons, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans  
      Clerk of Court

AEV

Enclosure(s)

cc:    Maren Lynn Chaloupka  
      Clerk, U.S. District Court, District of Nebraska  
      Alison C. Griffith  
      Jeffery R. Kirkpatrick  
      Ryan M. Kunhart  
      Colby C. Vokey I

      District Court/Agency Case Number(s):   4:22-cv-03025-JMG

**Caption For Case Number: 24-1610**

Bryan S. Mick, Personal Representative of the Estate of Print Zutavern, Deceased

      Plaintiff - Appellee

v.

Deputy Barrett Gibbons, in his individual and official capacities; Deputy Lawrence Stump, in his individual and official capacities; Sheriff Dan Osmond, in his individual and official capacities; Custer County, a Nebraska political subdivision, doing business as Custer County Sheriff's Office

      Defendants - Appellees

Trp. Sam Mortenson, in his individual and official capacities; Sgt. Matt Workman, in his individual and official capacities; Lt. Tim Arnold, in his individual and official capacities; Trp. Trevino, in his individual and official capacities; Trp. Levi Cockle, in his individual and official capacities

      Defendants

Trp. Brandon Wilke, in his individual capacity

      Defendant - Appellee

Cpt. Tyler Schmidt, in his individual and official capacities

      Defendant

John/Jane Doe, training supervisor of the Nebraska State Patrol, in his/her individual and official capacities

      Defendant - Appellee

Nebraska State Patrol

      Interested party - Appellant

**Addresses For Case Participants:   24-1610**

Erik William Fern
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Maren Lynn Chaloupka
CHALOUPKA LAW, LLC
P.O. Box 1724
Scottsbluff, NE  69363-1724

Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE  68508-3803

Alison C. Griffith
DVORAK LAW GROUP
Suite 100
9500 W. Dodge Road
Omaha, NE  68114

Jeffery R. Kirkpatrick
GOVERNMENTAL LAW, LLC
Suite B
8040 Eiger Drive
Lincoln, NE  68516

Ryan M. Kunhart
DVORAK LAW GROUP
Suite 110
Suite 100
9500 W. Dodge Road
Omaha, NE  68114

Colby C. Vokey I
VOKEY LAW OFFI
6924 Spanky Branch Court
Dallas, TX  75248