# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1610

Bryan S. Mick, Personal Representative of the Estate of Print Zutavern, Deceased

Appellee

v.

Deputy Barrett Gibbons, in his individual and official capacities, et al.

Appellees

Trp. Sam Mortenson, in his individual and official capacities, et al.

Trp. Brandon Wilke, in his individual capacity

Appellee

Cpt. Tyler Schmidt, in his individual and official capacities

John/Jane Doe, training supervisor of the Nebraska State Patrol, in his/her individual and official capacities

Appellee

Nebraska State Patrol

Appellant

------------------------------------------------------------

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03025-JMG)

------------------------------------------------------------

**ORDER**

The motion to hold the briefing schedule in abeyance is denied as moot.

May 07, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Stephanie N. O'Banion